**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 7, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-23-00894-CV

## IN THE INTEREST OF S.T.M.W, AND J.D.W., CHILDREN, Appellants

On Appeal from the County Court No. 3
Galveston County, Texas
Trial Court Cause No. 23-FD-1327

## MEMORANDUM OPINION

This is an appeal from a judgment signed November 1, 2023. On April 1, 2024, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.